# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00130-JAD-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 26 |
| BRENDON MCCORMICK, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Tuesday, January 15, 2019 at 10:00 a.m., be vacated and continued to February 25, 2019, at the hour of 9:00 a.m.

DATED this 3rd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE