**UNITED STATES DISTRICT COURT**

                                          **DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00130-JAD-PAL-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | ECF No. 28 |
| BRENDON MCCORMICK, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Monday, February 25, 2019 at 9:00 a.m., be vacated and continued to March 18, 2019, at the hour of 11:00 a.m.

DATED this 8th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE