# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00130-JAD-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 31 |
| BRENDON MCCORMICK, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Monday, March 18, 2019 at 11:00 a.m., be vacated and continued to April 8, 2019, at the hour of 10:00 a.m.

DATED this 13th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE