# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRENDON MCCORMICK,<br><br>    Defendant. | Case No. 2:18-cr-00130-JAD-PAL-1<br><br>**ORDER**<br><br>ECF No. 33 |

    IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Monday, April 8, 2019 at 10:00 a.m., be vacated and continued to May 14, 2019, at the hour of 11:00 a.m.

    DATED this 1st day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE