# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRENDON MCCORMICK,

    Defendant.

Case No. 2:18-cr-00130-JAD-PAL-1

**ORDER**

ECF No. 35

    IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Tuesday, May 14, 2019 at 10:00 a.m., be vacated and continued to June 25, 2019, hour of 2:00 p.m.

    DATED this 10th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE