# FILED
## UNDER
# SEAL

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER RELEASED ON BOND

Name of Offender: **Brendon McCormick**

Case Number:  **2:18CR00130**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **June 25, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **6 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **March 31, 2022**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision: Bond

1. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below until your revocation hearing, and you must follow the rules and regulations of the location monitoring program.

    ☒ GPS Monitoring (including hybrid GPS).

    This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

    ☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the

probation officer **(Home Detention)**.

On June 7, 2023, the undersigned officer received a strap tamper alert on Mr. McCormick's GPS bracelet. The undersigned officer traveled to McCormick's release residence and found the GPS bracelet cut and placed on the dining room table. McComick was not at the residence.

2. **<u>Live At Approved Place</u>** - You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

At McCormick's initial appearance he was released to his grandmother's residence, 4127 Bola Drive, North Las Vegas, NV 89032 on location monitoring. On June 7, 2023, the probation officer confirmed that McCormick was no longer at the residence and had cut his GPS bracelet.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 8, 2023**

_____
Amberleigh K. Barajas
Senior United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2023.06.08 11:26:23 -07'00'

_____
Todd J. Fredlund, Supervising
United States Probation Officer

RE: Brendon McCormick
Prob12C
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐     No Action.

**X**     The issuance of a warrant.

☐     The issuance of a summons.

☐     Other:

_____
Signature of Judicial Officer

6/9/2023
_____
Date

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. BRENDON MCCORMICK, 2:18CR00130

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 8, 2023

On May 26, 2023, McCormick made his initial appearance before United States Magistrate Judge Weksler. At the initial, McCormick was released to his grandmother's residence, 4127 Bola Drive, North Las Vegas, NV 89032, on home detention. The purpose of the release was to allow McCormick to attend his grandfather's service.

On June 7, 2023, the undersigned officer received a strap tamper alert from McCormick GPS bracelet. Attempts were made to contact McCormick and his grandmother telephonically but were unsuccessful. The undersigned officer confirmed the location of the GPS bracelet was at the Bola Drive address. The officer traveled to McCormick's residence and made contact with McCormick's grandmother. McCormick's grandmother confirmed that she left the residence at 3:00 p.m. and McCormick was at home. McCormick's grandmother let the probation officer in the home and found McCormick's GPS bracelet cut and on the dining room table. It was confirmed that McCormick was not at the residence. McCormick's grandmother advised that he is no longer welcome in her home.

As of this writing, McCormick's whereabouts are unknown. It is respectfully requested that a warrant be issued to revoke McCormick's bond. It is further requested that once arrested, McCormick be detained as a risk of flight as he cut his GPS bracelet, has a history of running from police, and has absconded from this term of supervision on two separate occasions.

Respectfully submitted,

Digitally signed by Amberleigh Barajas
Date: 2023.06.08 14:44:29 -07'00'

_____
Amberleigh K. Barajas
Senior United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2023.06.08 11:27:12 -07'00'

_____
Todd J. Fredlund, Supervising
United States Probation Officer