UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDON MCCORMICK,<br><br>Defendant. | Case No. 2:18-cr-00130-JAD-CWH-1<br><br>**ORDER**<br><br>ECF No. 79 |

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, February 27, 2024 at 10:00 a.m., be vacated and continued to April 1, 2024, at 2:30 p.m.

    DATED this 23rd day of February, 2024.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE