RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Brendon McCormick

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENDON MCCORMICK,<br><br>    Defendant. | Case No. 2:18-cr-00130-JAD-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Brendon McCormick, that the Revocation Hearing currently scheduled on April 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

   This Stipulation is entered into for the following reasons:

   1.   On December 12, 2023, Mr. McCormick was indicted in United States of America v. McCormick, No. 23-cr-0327 (D. Idaho) (ECF No. 2).

   2.   Mr. McCormick is expected to make his initial appearance in Boise, Idaho on the indicted matter on March 26, 2024.

3. The USMS has advised undersigned counsel that Mr. McCormick will not be transported for his revocation hearing in this matter until the indicted case in Idaho is resolved.

4. The parties therefore seek a 90-day continuance of the instant matter.

This is the second request for a continuance of the revocation hearing.

DATED this 26th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRENDON MCCORMICK,<br><br>　　　　Defendant. | Case No. 2:18-cr-00130-JAD-CWH-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 1, 2024 at 2:30 p.m., be vacated and continued to __**July 1, 2024**__ at the hour of **10:30 a.m.**

　　　DATED this 27th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3