**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRENDON MCCORMICK,<br><br>      Defendant. | Case No. 2:18-cr-00130-JAD-CWH-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, July 1, 2024 at 10:30 a.m., be vacated and continued to Monday, September 30, 2024 at the hour of 11:00 a.m.

    DATED this 25th day of June, 2024.

_____
Jennifer A. Dorsey
United States District Judge

3