UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

BRENDON MCCORMICK,

    Defendant.

Case No. 2:18-cr-00130-JAD-CWH-1

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, September 30, 2024 at 11:00 a.m., be vacated and continued to November 13, 2024 at the hour of 11:00 a.m..

    DATED this 23rd day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE