UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRENDON MCCORMICK,<br><br>      Defendant. | Case No. 2:18-cr-00130-JAD-CWH-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 13, 2024 at 11:00 a.m., be vacated and continued to December 19, 2024 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

    DATED this 31st day of October, 2024.

                                                               UNITED STATES DISTRICT JUDGE