UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRENDON MCCORMICK,<br><br>        Defendant. | Case No. 2:18-cr-00130-JAD-CWH-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, December 19, 2024 at 10:00 a.m., be vacated and continued to January 6, 2025 at the hour of 1:30 p.m.

    DATED this 10th day of December, 2024.

                                                 _____
                                               HONORABLE JENNIFER A. DORSEY
                                               UNITED STATES DISTRICT JUDGE